IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL K. ROBINSON, | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:09-620 |
| | ) JUDGE HAYNES |
| INDUSTRIAL STAFFING, CURTIS HOWELL, PEYTON'S MID-SOUTH CO., BOB LENHAR, PAM ALLEN and DOLLY MCCUTCHAN, | ) |
|     Defendants. | ) |

## ORDER

A Rule 16 conference is set in this action for **Friday, July 9, 2010 at 2:30 p.m.** If Plaintiff is in custody, he shall participate by telephone, however, counsel for the Defendants' shall appear in court. The warden of the facility with custody of the Plaintiff shall make him available for the conference. The Court's staff will initiate the telephone conference with the Plaintiff.

It is so **ORDERED**.

**ENTERED** this the _17th_ day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge